M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

2007 MAY 21 A 9:44

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Danny Lee Henderson )
Full name and prison name of )
Plaintiff(s) )
)
v. )   CIVIL ACTION NO. 3:07CV452-MEF
)   (To be supplied by Clerk of U.S. District
Lathonja J. Wright, Commissioner Court)
And All Randolph County )
Commissoners )
Jeff Fuller, Sheriff )
Shirley Johnson, Jail Administrator
Craig Davidson, Jail Official )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) _____ NA _____

         Defendant(s) _____ NA _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____ NA _____



3. Docket number __NA__

4. Name of judge to whom case was assigned __NA__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __NA__

6. Approximate date of filing lawsuit __NA__

7. Approximate date of disposition __NA__

II. PLACE OF PRESENT CONFINEMENT __Randolph County Jail, Wedowee, AL. 36278__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Randolph County Jail, Wedowee, AL. 36278__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. Lathonia J. Wright, Randolph County Commissioner
2. All other Randolph County Commissioners
3. Jeff Fuller, Sheriff of Randolph County
4. Shirley Johnson, Jail Administrator
5. Craig Davidson, Jail Official
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Starting 4/23/07, And still continuing, 4-23-07, 4-30-07, 5-9-07, 5-18-07, And still continuing

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __SEE Attached__

(2)

GROUND ONE: Lathonia J. Wright, Randolph County Commissioner, All other Randolph County Commissioners; Jeff Fuller, Sheriff; Shirley Johnson, Jail Administrator; Craig Davidson, jail official, — are inflicting cruel and inhumane actions upon myself and other prisoners by extreme jail overcrowding, physical torture, physical and mental torture; no lights in cells, no sinks working; drink from filthy showers; raw electrical wires; no distress calls or correctional officer in crows nest where prisoners are left to be unattended to fin for themselves in upstairs jail; no recreation — one day occassionally; forced to walk over other prisoners on floor with a daily average of 18 persons for 6 beds in each of Cell Blocks, A-B-C-D, May 16, 2007 population 74 for 24 beds; no working fire alarms, sprinklers, pumps etc.... all of the above. On or about May 18, 2007 at 12:10 p.m all of the above cruel and inhumane (USCA 8) conduct of defendants was brought to their attention, Plaintiff Henderson was threatened with electrical tazer and isolation by Craig Davidson; Shirley Johnson said don't complain you will be punished "sue the County Commissioners if you want us to stop violating your Constitutional rights; Commissioner Lathonia Wright, quoted from May 11, 2007 Newspaper, www.peoplesvoiceweb.com, giving jail dangers in article — "If I just worried 24-7 about the [jail]... seventy-something

5-11-07 →

②-A

inmates in there... I believe the stress of it would kill me." "A federal Judge had to do it one time," "...a Federal Judge will order us to do it..."

GROUND TWO: Defendants, Jeff Fuller, sheriff, Shirley Johnson, Jail Administrator, Craig Davidson, jail official, are creating Constitutional violations of Plaintiff's right of Access to Courts by repeating a denial of soft-back law books, specifically Alabama Rules of Criminal Procedure, Statutes, Sentencing Guidelines, Law Journals, Newspapers. On May 9, 2007, at 6:55 p.m. Sgt Sharon Satterwhite denied Access to legal Books stating only Bibles are allowed; On April 30, 2007, Vernon Haynes, denied access to legal books, only Holy Bibles are allowed; Craig Davidson, denied request for access to Legal Rules on several occassions, specifically on 5-18-07 at 12:10 p.m. stating only Bibles are allowed in our jail; Plaintiff is forced to hear the 10-Commandments preached to him each thursday night in violation of his Constitutional Rights. Sheriff Fuller, and Shirley Johnson, supervise all jail employees to not allow a legal book in the jail. Plaintiff needs Federal Rules of Civil Procedure for this Complaint.

GROUND THREE: Denial of Medical Care. "See Complaint Form"

(2-B)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____

_____

_____

_____

GROUND TWO: SEE Attached

_____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: Denial of Medical CARE; unbalanced Diet; Forced to use same Eating Spoon meal-After-meal, unwashed.

SUPPORTING FACTS: Plaintiff has paralyzed arm/hand forced to sleep on concrete floor; denied epeliptic seizure medicines Carabamazepine, Tygetrol, chronic Pain medicine Elavil, A person in jail is entitled to be able to see a doctor, 30 days have passed, No see Doctor, Nurse, Nothning.

(3)

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Close Randolph County Jail; Issue order that Plaintiff (1) be relieved of his overcrowded condition (2) be protected from dark isolation, tazer electrocution (3) be relieved of unconstitutional ~~*****~~ dangers in jail (4) be given Medical Attention (4) that Court issue Emergency injunctive orders, I pray. Danny Lee Henderson
Signature of plaintiff(s)

(5) That costs be taxed against Defendants

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2007
(Date)

Danny Lee Henderson
Signature of plaintiff(s)

P.O. Box 342
Wedowee, AL 36278

See Attachments (2-A, 2-B) for Grounds & supporting Facts.

See: Randolph Leader News Paper May 10-11, 2007 for supporting facts

See: THE People's Voice, News Paper May 11, 2007 www.Peoplesvoiceweb.com



(4)

Danny Henderson
Randolph Co. Jail
P.O. Box 347
Wedowee, AL. 36278

Legal Mail

Do NOT send cash or checks.
Send Money Order made out to Inmate only. No packages.
No Postage Stamps.
Randolph Co. Jail

36101+0711-11 B007

Office of THE Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711