AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED 2007 MAY 21 A 9:44
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Danny Lee Henderson
Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 3:07CV452-MEF

I, __Danny Lee Henderson__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Randolph County Jail, Wedowee, AL.__
   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Jan, 2004, Ronnie Sheats, Cleaning out Poultry Houses, Route 1, Newell, Alabama__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☒ Yes   ☐ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☒ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. S.S.N. 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

   I received SSI (Supplemental Security Income) Alabama Medicaid, $600 month, I expect to receive "0" dollars due to my incarceration. My check has been discontinued, stopped. I received Gift of $100 at Jail from my Cousin.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.   See Attached Jail "Ledger Sheet"

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE

I declare under penalty of perjury that the above information is true and correct.

5/17/07  
Date

Danny Lee Henderson  
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Tansaction Detail Report
Inmate:HENDERSON, DANNY LEE(424887167)

| Date | Number | Description | TransactionCode | Amount |
|---|---|---|---|---|
| 4/23/2007 | 1 | cash on booking | Deposit | $121.90 |
| 4/24/2007 | 2 | Commissary Order # 196 | Commissary Order | ($50.08) |
| 4/30/2007 | 3 | 48589381764 money gram | Deposit | $100.00 |
| 5/1/2007 | 4 | Commissary Order # 197 | Commissary Order | ($48.74) |
| 5/8/2007 | 5 | Commissary Order # 198 | Commissary Order | ($40.67) |
|  |  |  | Inmate Total | $82.41 |

"Ledger Sheet"