| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X r. Davenport ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>William Davenport  5-29-07 |
| 1. Article Addressed to:<br><br>Craig Davidson, Jail Official<br>Randolph County Jail<br>P.O. Box 347<br>Wedowee, AL 36278 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv452<br>order 5/25<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0005 4873 1376 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540