**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

Jeff Fuller, Sheriff
Randolph County Jail
P.O. Box 347
Wedowee, AL  36278

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X John Mote    ☑ Agent    ☐ Addressee

B. Received by (Printed Name): John Mote
C. Date of Delivery: 05 29 07

D. Is delivery address different from item 1?
If YES, enter delivery address below:

07cv452
order 5/25

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 1369

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

Shirley Johnson, Jail Admin.
Randolph County Jail
P.O. Box 347
Wedowee, AL  36278

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X John Mote    ☑ Agent    ☐ Addressee

B. Received by (Printed Name): John Mote
C. Date of Delivery: 05 29 07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

07cv452
order 5/25

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 1383

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540