IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DISVISION

| | |
|---|---|
| **DANNY LEE HENDERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:  3:07-cv-452-MEF-WC |
| | ) |
| **LATHONIA J. WRIGHT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW C. Richard Hill, Jr. of the law firm of Webb & Eley, P.C., and files this notice of appearance as counsel of record for all Defendants in the above-captioned matter.

Respectfully submitted this 4th day of June, 2007.

                          s/C. Richard Hill, Jr.
                          KENDRICK E. WEBB (WEB022)
                          C. RICHARD HILL, JR. (HIL045)
                          Attorneys for Defendants

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
(334) 262-1850-Fax
(334) 262-1889-Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of June, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participant:  **Kesa M. Johnston, Esquire.**

                          s/C. Richard Hill, Jr.
                          OF COUNSEL