IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DANNY LEE HENDERSON,   *
  Plaintiff       *
            *
   v.        *
            *  Civil Case No.  3:07-CV-00452
LATHOMIA  J. WRIGHT, et al,  *
  Defendants.     *

## NOTICE OF APPEARANCE

COMES NOW Jay Lewis to enter his appearance as one of the attorneys for

Plaintiff herein and respectfully requests of the Court and all parties that he be

served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the __4th__ day of June, 2007.

/s/ JAY LEWIS_____
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-lewis@JayLewisLaw.com
ASB-2014-E66J

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this ___4th___ day of June, 2007.


Kesa M. Johnson
Kendrick E. Webb
Charles Richard Hill, Jr.


/s/ JAY LEWIS_____
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-lewis@JayLewisLaw.com
ASB-2014-E66J