IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY HENDERSON, | * | |
|    Plaintiff, | * | |
| | * | |
|      v. | * | Civil Case No. 3:07-CV-452-MEF |
| | * | |
| LATHONIA WRIGHT, | * | |
| COMMISSIONER, et al. | * | |
|    Defendants. | * | |
| | * | |

## MOTION TO DISMISS DEFENDANT CRAIG DAVIDSON

COMES NOW the Plaintiff ,Danny Henderson, and respectfully requests this Honorable Court release dismiss all claims against Defendant Craig Davidson.

RESPECTFULLY SUBMITTED on this the 6th day of June 2007.

                                          s/ Kesa M. Johnston
                                          KESA M. JOHNSTON
                                          ATTORNEY FOR PLAINTIFF
                                          OLIVER KITCHENS, P.C.
                                          Post Office Box 486
                                          Roanoke, Alabama 36274
                                          334.863.2181 phone
                                          334.863.4313 fax
                                          kesa@oliverkitchens.com
                                          Alabama State Bar (JOH185)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of June, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that notice will be sent to the following CM/ECF participants:   **Jay Lewis, Esq., Kendrick E. Webb, Esq. and Richard Hill, Jr. Esq.**

                                          s/Kesa M. Johnston