**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANNY HENDERSON, | * | |
|    Plaintiff, | * | |
| | * | |
|      v. | * | Civil Case No. 3:07-CV-452-MEF |
| | * | |
| LATHONIA WRIGHT, | * | |
| COMMISSIONER, et al. | * | |
|    Defendants. | * | |
| | * | |

**MOTION TO DISMISS DEFENDANT CRAIG DAVIDSON**

COMES NOW the Plaintiff ,Danny Henderson, and respectfully requests this Honorable Court release dismiss all claims against Defendant Craig Davidson.

RESPECTFULLY SUBMITTED on this the 6th day of June 2007.

                                           **s/ Kesa M. Johnston**
                                           KESA M. JOHNSTON
                                           ATTORNEY FOR PLAINTIFF
                                           OLIVER KITCHENS, P.C.
                                           Post Office Box 486
                                           Roanoke, Alabama 36274
                                           334.863.2181 phone
                                           334.863.4313 fax
                                           kesa@oliverkitchens.com
                                           Alabama State Bar (JOH185)

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day of June, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that notice will be sent to the following CM/ECF participants:  **Jay Lewis, Esq., Kendrick E. Webb, Esq. and Richard Hill, Jr. Esq.**

                                           **s/Kesa M. Johnston**