IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANNY LEE HENDERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-452-MEF-WC |
| | ) |
| LATHONIA J. WRIGHT, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

Upon consideration, it is hereby ORDERED that:

1. The temporary restraining order entered on May 25, 2007 (Doc. # 6) is VACATED.

2. Plaintiff's counsel Kesa Johnston shall submit a request for attorney's fees on or before **June 11, 2007**.

3. Defendants may respond to that request on or before **June 15, 2007.**

4. Plaintiff may file an amended complaint on or before **June 11, 2007.**

5. In light of Plaintiff's indication that he may file an amended complaint, his first and second Motion to Dismiss Defendant Craig Davidson (Docs. # 15 & 16) are DENIED without prejudice.

6. This matter is referred to the Magistrate Judge for appropriate action or recommendation on all pretrial matters.

DONE this 8th day of June, 2007.

                                              /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE