IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANNY LEE HENDERSON | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:07-cv-452-MEF-WC |
| LATHONIA J. WRIGHT, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the plaintiff's Motion For Attorney Fees (Doc. #19), it is

ORDERED that Defendant shall file **on or before June 15, 2007** a Response indicating why attorney fees should not be granted.

DONE this 12th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE