**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **DANNY LEE HENDERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO.: 3:07-cv-452-MEF-WC** |
| | ) |
| **LATHONIA J. WRIGHT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and files this notice of appearance as additional counsel of record for all Defendants in the above-captioned matter.

Respectfully submitted this 13th day of June, 2007.

> **s/Joseph L. Hubbard, Jr.**
> KENDRICK E. WEBB (WEB022)
> C. RICHARD HILL, JR. (HIL045)
> JOSEPH L. HUBBARD, JR.  (HUB051)
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> (334) 262-1850-Fax
> (334) 262-1889-Facsimile
> Email:  jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 13th day of June, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participant:  **Kesa M. Johnston, Esq. and Jay Lewis, Esq.**

                                                                               **s/Joseph L. Hubbard, Jr.**
                                                                               OF COUNSEL