IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| DANNY LEE HENDERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:07-cv-0452-MEF |
| | ) |
| LATHONIA J. WRIGHT, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

On May 23, 2007, the Magistrate Judge filed a Recommendation (Doc. #5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is adopted.

2. Plaintiff's claims against the Randolph County Commissioners is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

3. Defendants Wright and the Randolph County Commissioners are DISMISSED as parties to this cause of action.

4. This case, with respect to plaintiff's claims against the remaining defendants, is referred back to the Magistrate Judge for appropriate proceedings.

DONE this the 13th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE