**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DANNY HENDERSON,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Case No. 3:07-CV-452-MEF** |
| | * | |
| **LATHONIA WRIGHT,** | * | |
| **COMMISSIONER, et al.** | * | |
| **Defendants.** | * | |
| | * | |

**MOTION FOR OUT OF TIME FILING**

Comes now the Plaintiff, Danny Henderson, and respectfully request this Honorable Court extend his time for filing objections to the Magistrate's opinion dated and offers the following in support thereof:

1.    Plaintiff filed complaint requesting a temporary restraining order and preliminary injunction on May 21, 2007.

2.    The Magistrate issued an opinion that the County Commission be dismissed in the above styled cause on May 23, 2007.

3.    Kesa M. Johnston was appointed to represent the Plaintiff on May 24, 2007.

4.    The Magistrate's opinion required that any objections to said opinion be filed no later than June 5, 2007.

5.    To date the undersigned attorney has not been provided by this Honorable Court with the Magistrate's opinion.  The only available copy provided to the undersigned was given to her by the Plaintiff a few short days before objections were due to be filed. The undersigned needs appropriate time to object to any or all portions of the Magistrate's opinion.

6.    In addition, failure to object to the Magistrate's opinion is not a jurisdictional issue and therefore equitable tolling is available.

**WHEREFORE THESE PREMISES CONSIDERED** Plaintiff requests additional time to object to the Magistrate's opinion in this cause.

**RESPECTFULLY SUBMITTED on this the ___ Day of June, 2007**.

> **s/ KESA M. JOHNSTON**
> Kesa M. Johnston
> Attorney for Plaintiff
> Oliver Kitchens, P.C.
> Post Office Box 486
> Roanoke, Alabama 36274
> 334.863.2181 phone
> 334.863.4313 fax
> kesa@oliverkitchens.com
> Alabama State Bar (JOH185)
>
> **s/JAY LEWIS**
> Jay Lewis
> Attorney for Plaintiff
> Law Offices of Jay Lewis, LLC
> P.O. Box 5059
> Montgomery, Alabama 36103
> (334) 263-7733 (Voice)
> (334) 832-4390 (Fax)
> J-lewis@JayLewisLaw.com
> ASB-2014-E66J

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____ day of June, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that notice will be sent to the following CM/ECF participants:   **Kendrick E. Webb, Esq., Joe Hubbard, Jr. and Richard Hill, Jr. Esq.**

> **s/Kesa M. Johnston**
> **s/ Jay Lewis**