IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANNY LEE HENDERSON    )<br>)<br>Plaintiff,    )<br>)<br>)<br>v.    )<br>)    CIVIL ACTION NO. 3:07-cv-452-MEF-WC<br>)<br>LATHONIA J. WRIGHT, *et al.*,   )<br>)<br>Defendants.    ) | |

# ORDER ON MOTION

Upon consideration of Plaintiff's Motion for an Extension of Time to File a Response (Doc. #23) to the undersigned's Recommendation (Doc. #5), filed on June 15, 2007, it is

ORDERED that the motion (Doc. #23) is DENIED. Plaintiff filed the motion two days after the District Court adopted the undersigned's Recommendation, and ten days after the deadline for filing objections. In other words, Plaintiff's motion is untimely and moot.

DONE this 18th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE