IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY LEE HENDERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 3:07-cv-452-MEF-WC |
| LATHONIA J. WRIGHT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion For Attorney Fees (Doc. #19) and Defendant's Response in Opposition to Plaintiff's Motion (Doc. #24), it is

ORDERED that Plaintiff shall file **on or before July 2, 2007**, a Reply Brief to Defendant's Response in Opposition.

DONE this 18th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE