IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_EASTERN_____ DIVISION

DANNY LEE HENDERSON,                )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   CASE NO. 3:07-cv-00452-MEF-WC
                                    )            _____
LATHONIA J. WRIGHT, et al.,         )
                                    )
        Defendants,                 )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW **Jeff Fuller**_____, a Defendant        in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

- ■ This party is an individual, or

- ■ This party is a governmental entity, or

- ■ There are no entities to be reported, or

- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

6/25/2007
_____
Date

_C. Richard Hill_ (Signature)
(Signature)

C. Richard Hill, Jr.
(Counsel's Name)

Jeff Fuller; Shirley Johnson
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama  36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern _____ DIVISION

## CERTIFICATE OF SERVICE

I, C. Richard Hill, Jr. _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by Electronic Mail _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 25th ___day of June_____ 20 07, to:


Jay Lewis, Esquire _____

Kesa M. Johnston, Esquire _____

_____

_____

_____

_____


6/25/2007
_____
Date

_____
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN_____ DIVISION

DANNY LEE HENDERSON ,     )
                                       )
     Plaintiff,                        )
                                       )
v.                                     )     CASE NO. 3:07-cv-00452-MEF-WC
                                       )              _____
LATHONIA J. WRIGHT, et al. ,           )
                                       )
     Defendants,                       )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ___Shirley Johnson___, a  Defendant        in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

- ☑ This party is an individual, or

- ☑ This party is a governmental entity, or

- ☑ There are no entities to be reported, or

- ☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____          _____

_____          _____

_____          _____


6/25/2007                                  _C. Ronald Hill, Jr._____
_____                      (Signature)
Date
                                           C. Richard Hill, Jr.
                                           _____
                                           (Counsel's Name)

                                           Jeff Fuller; Shirley Johnson
                                           _____
                                           Counsel for (print names of all parties)
                                           Post Office Box 240909
                                           _____
                                           Montgomery, Alabama 36124
                                           _____
                                           Address, City, State Zip Code
                                           (334) 262-1850
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>Eastern</u>_____ DIVISION

## CERTIFICATE OF SERVICE

I, <u>C. Richard Hill, Jr.</u>_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>Electronic Mail</u>_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>25th</u>___day of <u>June</u>_____ 20<u>07</u>, to:

Jay Lewis, Esquire

Kesa M. Johnston, Esquire

<u>6/25/2007</u>
Date

Signature