IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANNY LEE HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-452-MEF-WC |
| | ) |
| LATHONIA J. WRIGHT, | ) |
| COMMISSIONER, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS JEFFERY FULLER AND SHIRLEY JOHNSON'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT
OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Sheriff Jeffrey Fuller, and Jail Administrator Shirley Johnson, sued in their individual and official capacities, and move this Court to dismiss this action against them pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure as Plaintiff's Amended Complaint, separately and severally, fails to state a claim over which this Court has jurisdiction and upon which relief can be granted. Alternatively, Defendants Fuller and Johnson move this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. As grounds for so moving, Defendants set down and assign the following:

1. In his Amended Complaint, Plaintiff has named as Defendants several public officials including Sheriff Fuller and Administrator Johnson.[1] Plaintiff brings claims for alleged violations of his First and Fourteenth Amendment rights for what he alleges are inhumane conditions and treatment, as well as denial of medical care. Plaintiff also alleges various state law claims for purported emotional distress and mental anguish.

---

[1] The Court's June 12, 2007 Order dismissed all the County Commissioners, pursuant to the report and recommendations of the Magistrate Judge. (Doc. 20; Doc. 5.) Plaintiff's Amended Complaint did not name Captain Craig Davidson, a defendant in Plaintiff's first Complaint.

2. Plaintiff's failure to comply with the provisions of the Prison Litigation Reform Act ("PLRA") precludes this Court from granting any relief on Plaintiff's Amended Complaint.

    a. Plaintiff has not availed himself of the administrative remedies provided by the Randolph County Jail grievance policy.

    b. Plaintiff cannot circumvent the exhaustion requirements of the PLRA with a theory of constructive exhaustion of remedies.

3. Sheriff Jeffrey Fuller and Administrator Shirley Johnson, in their official capacities, are entitled to have Plaintiff's § 1983 claims for damages against them dismissed.

    a. The Plaintiff's official capacity claims against Sheriff Fuller and Administrator Johnson are barred by the Eleventh Amendment to the United States Constitution.

    b. Sheriff Fuller and Administrator Johnson, in their official capacities, are not "persons" for purposes of 42 U.S.C. § 1983.

4. Sheriff Fuller and Administrator Johnson, in their individual capacities, are entitled to qualified immunity from Plaintiff's § 1983 claims.

    a. The Plaintiff's Complaint fails to meet the Eleventh Circuit's pleading requirement for cases involving qualified immunity.

    b. Sheriff Fuller and Administrator Johnson are entitled to qualified immunity because nothing in their conduct crossed a "bright line" contour of clearly established constitutional law.

    c. Plaintiff has failed to allege valid supervisory claims against Sheriff Fuller and Administrator Johnson.

5.  Sheriff Fuller and Administrator Johnson are entitled to absolute immunity from Plaintiff's state law claims.

6.  All claims for injunctive relief are due to be dismissed.

WHEREFORE, PREMISES CONSIDERED, Defendants Jeffery Fuller and Shirley Johnson request that this Honorable Court enter an order dismissing all claims against them in this action.

Respectfully submitted this the 25th day of June, 2007.

> s/Kendrick E. Webb
> KENDRICK E. WEBB, Bar No. WEB022
> C. RICHARD HILL, JR., Bar No. HIL045
> JOSEPH L. HUBBARD, JR., Bar No. HUB015
> ATTORNEYS FOR DEFENDANTS JEFFERY FULLER, AND SHIRLEY JOHNSON
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  kwebb@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of June, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, who will send notification to the following CM/ECF participants:  **Kesa M. Johnston, Esq. and Jay Lewis, Esq.**

> s/Kendrick E. Webb
> OF COUNSEL