IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY LEE HENDERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 3:07cv452-MEF |
| LATHONIA J. WRIGHT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The undersigned received notice from the parties that a conflict exists for a hearing currently set for **July 19, 2007,** at **10:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama on Plaintiff's Motion For Attorney Fees (Doc. #19) and Defendant's Response in Opposition to Plaintiff's Motion (Doc. #24), as well as Defendants Jeffrey Fuller's and Shirley Johnson's Motion to Dismiss or in the alternative Motion for Summary Judgment (Doc. #28). Accordingly, it is

ORDERED that the hearing is **rescheduled** until July 25, 2007, at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 9th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE