IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY HENDERSON, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. 3:07-CV-452-MEF |
| | * | |
| LATHONIA WRIGHT, et. al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff, Danny Henderson, and respectfully submits this Response to Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment. Defendants' Motion is due to be denied. In support thereof the Henderson offers the following:

1. There are many "disputed" and impeached facts offered by the Defendants in their Brief in Support of their Motion to Dismiss. Viewing the pleadings in a light favorable to Henderson, Defendants claims are due to be denied.

2. The Plaintiff has complied with the provisions of the Prison Litigation Reform Act ("PLRA") by exhausting all of the remedies **available** to him.

   a. Prior to July 9, 2007, and after filing his pro se complaint, Henderson was not informed of any jail grievance policies, although he had on numerous occasions verbally requested medical care and informed the Defendants and their staff of the inhumane conditions at the jail along with his other claims.

   b. After commencement of the instant action and after being informed by his attorney that there was supposedly a grievance policy in place, on July 9, 2007, Henderson requested and was offered a vague description of what jail officials indicated was the grievance policy. Defendants themselves failed to meet the burden of their own policy and do not administer or have a set procedure of how the policy is to be handled by each jail officer and the inmates themselves.

3. All claims against the Defendants in their official capacities are brought only for the purpose of prospective injunctive relief.

4. Defendants are not entitled to qualified immunity on Henderson's claims.

   a. Henderson has met the "heightened pleading" requirement in that he has stated all of his claims and relevant facts with a great deal of specificity and in exhaustive detail.

   b. The Defendants have failed to prove they were acting with discretionary authority when they violated Henderson's rights. The burden is on a Defendant claiming qualified immunity to establish that they are acting within their discretionary authority and a Defendant's vague assertions of authority do not satisfy the burden.

   c. The Defendants' conduct violated Henderson's constitutionally protected rights by failing to provide medical care, subjecting him to inhumane conditions and compelling him to attend religious meetings.

   d. The Defendants were deliberately indifferent to Henderson's serious medical condition, Defendant's violated Henderson's Eighth and First Amendment rights after they had been put on notice through clearly established law that such conditions violated Henderson's rights.

**WHEREFORE, THESE PREMISES CONSIDERED,** the Defendants' Motion to Dismiss in the Alternative for Summary Judgment is due to be denied.

**RESPECTFULLY SUBMITTED on this the 13th Day of July, 2007.**

s/ KESA M. JOHNSTON
Kesa M. Johnston
Attorney for Plaintiff
Oliver Kitchens, P.C.
Post Office Box 486
Roanoke, Alabama 36274
334.863.2181 phone
334.863.4313 fax
kesa@oliverkitchens.com
Alabama State Bar (JOH185)

s/JAY LEWIS  
Jay Lewis  
Attorney for Plaintiff  
Law Offices of Jay Lewis, LLC  
P.O. Box 5059  
Montgomery, Alabama 36103  
(334) 263-7733 (Voice)  
(334) 832-4390 (Fax)  
J-lewis@JayLewisLaw.com  
ASB-2014-E66J  

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of July, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that notice will be sent to the following CM/ECF participants:   **Kendrick E. Webb, Esq., Joe Hubbard, Jr. and Richard Hill, Jr. Esq.**

                                                **s/Kesa M. Johnston**  
                                                **s/ Jay Lewis**