IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANNY HENDERSON ) | |
| PLAINTIFF ) | |
| VS. ) | CASE NO. 3:07-CV-452-MEF-WC |
| LATHONIA WRIGHT, et al ) | |
| DEFENDANT ) | |

## AFFIDAVIT

Comes now the undersigned, John A. Tinney, and having been duly sworn doth depose and say on oath as follows:

My name is John A. Tinney and I am an attorney practicing law in Randolph County, Alabama. I have served as Randolph County's attorney for a period in excess of 20 years.

In late May, 2007, I received an emergency telephone call from Judge Fuller's clerk in connection with the Petition originally filed by Danny Henderson. At the time I received this call I was traveling and not in my office. I was advised that Judge Fuller wanted to have an emergency telephone conference concerning the petition of Mr. Henderson and that I should be available for that conference in the afternoon.

I was faxed a copy of the Mr. Henderson's Petition and after reviewing the same I contacted Sheriff Fuller to question him about his knowledge of Mr. Henderson's care. During the course of my conversation with Sheriff Fuller I was never requested to represent him, nor did I ever, in my opinion, undertake the relationship of attorney/client with Sheriff Fuller in his official capacity in that conversation.

The telephone conference with Judge Fuller was at a point in time when no pleadings had been filed by me in any capacity whatsoever as representing any party in any matter relating to the status of Mr. Henderson. The Judge explained to me during the conference he felt that there was an emergency situation concerning the health of Mr. Henderson and that it needed to be addressed. I responded as the attorney for Randolph County and actually did not feel like I was representing anyone at that point in time but simply trying to address a matter that Judge Fuller had requested a conference concerning.

It is my understanding that Webb & Ely has always represented the Sheriff and others in their official capacity and I never considered myself to represent Sheriff Fuller or any other member of the Sheriff's Department at that time or at any other time.

To the best of my knowledge, I never at any time told the Court or Kesa Johnston that I represented Sheriff Fuller or any other person or entity in this matter.

Should further information be needed please call me.

_____
John A. Tinney

STATE OF ALABAMA

RANDOLPH COUNTY

Before me, the undersigned authority, a Notary Public in the aforesaid County and State, personally appeared John A. Tinney, who first being duly sworn, deposes and says on oath that the statements contained in the foregoing are true and correct according to the best of his/her knowledge, information and belief.

_____
John A. Tinney

SWORN to and subscribed before me on this the 12 day of July, 2007.



_____
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 18, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS