IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY LEE HENDERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 3:07cv452-MEF |
| LATHONIA J. WRIGHT, *et al.*, | ) | |
| | ) | |
| Defendants. | ). | |

**ORDER**

Upon further consideration of Plaintiff's Motion For Attorney Fees (Doc. #19) and Defendant's Response in Opposition to Plaintiff's Motion (Doc. #24), as well as, Defendants Jeffrey Fuller's and Shirley Johnson's Motion to Dismiss or in the alternative Motion for Summary Judgment (Doc. #28), it is

ORDERED that an in-chambers status conference will be held on August 16, 2007, at 2:00 p.m. in Suite 501A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama, before the undersigned Magistrate Judge.

DONE this 30th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE