IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANNY LEE HENDERSON, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:07cv452-MEF |
| LATHONIA J. WRIGHT, *et al.*, | ) |
|     Defendants. | ) |

**ORDER**

Pending before this Court is a motion for attorney's fees (Doc. #19), a motion to dismiss (Doc. #28), a motion for summary judgment (Doc. #28) and a motion to strike exhibits (Doc. #37). The parties have recently notified the Court that a settlement has been reached in this case and that disposition of the motions by the Court is not necessary. Accordingly, it is

ORDERED that the parties shall file a joint stipulation dismissing this case **on or before 7 December 2007**. If no dispositive pleadings are filed on or before that date, the Court will assume that there has been no resolution of the case and will issue rulings on the motions.

DONE this 15th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE