IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern DIVISION

Danny Henderson,

Plaintiff,

v.

Wright, et al.,

Defendants,

CASE NO. 3:07-cv-452-MEF

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Danny Henderson, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/4/2007
Date

/s/ Jay Lewis
(Signature)

Jay Lewis
(Counsel's Name)

Danny Henderson
Counsel for (print names of all parties)

P.O. Box 5059
Montgomery, AL 36103
Address, City, State Zip Code

334-263-7733
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>Eastern</u> DIVISION

## CERTIFICATE OF SERVICE

I, <u>Jay Lewis</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>CM/ECF</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>4th</u> day of <u>December</u> 20<u>07</u>, to:

Ken Webb, Joe Hubbard, Webb & Eley

12/4/2007                                               /s/ Jay Lewis
Date                                                    Signature