**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

December 5, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Henderson v. Wright et al

Case Number:   3:07-cv-00452-MEF

**This Notice of Correction was filed in the referenced case this date to attach the corrected PDF document previously attached to include electronic signatures.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 45   filed on   December 04, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>Eastern</u> DIVISION

<u>Danny Henderson</u>,  )
)
)
Plaintiff,  )
)
v.  ) CASE NO. <u>3:07-cv-452-MEF</u>
)
<u>Wright, et al.</u>,  )
)
)
Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Danny Henderson</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                **Relationship to Party**

_____              _____

_____              _____

_____              _____

<u>12/4/2007</u>                         <u>/s/ Jay Lewis</u>
Date                                 (Signature)

                                     **Jay Lewis**
                                     (Counsel's Name)

                                     **Danny Henderson**
                                     Counsel for (print names of all parties)
                                     P.O. Box 5059
                                     Montgomery, AL  36103
                                     Address, City, State Zip Code
                                     334-263-7733
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jay Lewis_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 4th_____ day of December_____ 20 07, to:

Ken Webb, Joe Hubbard, Webb & Eley

12/4/2007                                   /s/ Jay Lewis
_____               _____
        Date                                   Signature