IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANNY LEE HENDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-452-MEF-WC ) |
| LATHONIA J. WRIGHT, COMMISSIONER, et al. | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL

It is hereby STIPULATED and AGREED by and between the parties, pursuant to pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-styled matter is due to be dismissed with prejudice, with each party bearing his, her or its own court costs and other expenses.

DONE this 5th day of December, 2007.

_____
KESA M. JOHNSTON, Bar No. JOH185
LAW OFFICES OF OLIVER KITCHENS, P.C.
Attorney for Plaintiff
PO Box 486
Roanoke, AL 36274-0486
Email: kesa@oliverkitchens.com

_____
KENDRICK E. WEBB, Bar No. WEB022
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36116
E-mail: kwebb@webbeley.com